AO 450 (Rev.5/85) Judgment in a Civil Case

FILED
CLERK, U.S. DISTRICT COURT
September 3, 2015 (3:50pm)
DISTRICT OF UTAH

# United States District Court

Central Division for the District of Utah

Alfred Louis Martinez, Jr.

v.

Triple S Steel Supply

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13cv00693 TC

This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of the defendant; all of plaintiff's causes of action are dismissed.

September 3, 2015
*Date*

D. Mark Jones
*Clerk of Court*

*(By) Deputy Clerk*